UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

LINDA HUFFMAN,

    Plaintiff,

v.                                 Case No: 2:13-cv-544-FtM-29DNF

STEAK N SHAKE OPERATIONS, INC.,

    Defendant.

_____

**OPINION AND ORDER**

    This matter is before the Court on consideration of the Magistrate Judge's Report and Recommendation (Doc. #50), filed October 17, 2014, recommending that the parties' Joint Motion for Dismissal With Prejudice (Doc. #47) and Joint Motion to Approve the Settlement of Plaintiff's Claims Under the Fair Labor Standards Act (Do. #49) be granted, the parties' Settlement and Complete Waiver/Release Agreement (Doc. #49-1) be approved, and the case dismissed with prejudice.  No objections have been filed and the time to do so has expired.

    After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation.  28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983).  In the absence of specific

objections, there is no requirement that a district judge review factual findings *de novo*, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations.  28 U.S.C. § 636(b)(1)(C).  The district judge reviews legal conclusions *de novo*, even in the absence of an objection.  See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting an independent examination of the file and upon due consideration of the Report and Recommendation, the Court accepts the Report and Recommendation of the magistrate judge.

Accordingly, it is now

**ORDERED:**

1.   The Report and Recommendation (Doc. #50) is hereby **adopted** and the findings **incorporated** herein.

2.   The parties' Joint Motion to Approve the Settlement of Plaintiff's Claims Under the Fair Labor Standards Act (Doc. #49) is **granted** and the Settlement Agreement and General Release (Doc. #49-1) is **approved** as a fair and reasonable resolution of a bona fide dispute.

3.   The parties' Joint Motion for Dismissal With Prejudice (Doc. #47) is **granted.**  The Clerk shall enter judgment **dismissing**

the case with prejudice, terminate all deadlines and motions, and close the file.

**DONE and ORDERED** at Fort Myers, Florida, this __7th__ day of November, 2014.

_____
JOHN E. STEELE
UNITED STATES DISTRICT JUDGE

Copies:
Hon. Douglas N. Frazier
United States Magistrate Judge

Counsel of Record
Unrepresented parties